# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:17-CV-00154-RLV

| | |
|---|---|
| HERBERT E. PAULMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 2) filed by Paul Eaglin, concerning Karl E. Osterhout on June 14, 2017. Mr. Osterhout seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. Osterhout is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 29, 2017

Richard L. Voorhees
United States District Judge